|   |   |
|---|---|
| 1 | JOSEPHINE M. GERRARD (CBN 303221) |
| 2 | Gerrard Law Offices |
| 3 | 1791 Solano Avenue, Suite F01 |
|   | Berkeley, California 94707 |
| 4 | Tel: 510-838-0529 |
|   | Fax: 510-280-1635 |
| 5 | jo@gerrardlawoffices.com |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALTRIP,<br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br>Defendant. | Case No.: **2:17-cv-01390-EFB**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRTY-DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF |

The parties stipulate, subject to the approval of the Court, Plaintiff shall be granted a thirty-day extension from the current date of November 27, 2017 deadline to file Plaintiff's Opening Brief. This is Plaintiff's first request for an extension. There is good cause for this extension as the parties were in discussion as to a voluntary remand. Therefore, the parties jointly request an extension up to and including **December 27, 2017**.

DATE: November 27, 2017

Respectfully submitted,

      /s/ Josephine M. Gerrard
      JOSEPHINE M. GERRARD

Stipulation with ~~Proposed~~ order for Extension of 30 days.        1

|   |   |   |
|---|---|---|
| | Respectfully submitted, | /s/ Josephine M. Gerrard |
| | | JOSEPHINE M. GERRARD |
| | November 27, 2017 | Attorney for Plaintiff |

By:/s/ by email
MARCELO N. ILLARMO Social Security Administration Lead Attorney
marcelo.illarmo@ssa.gov

BOBBIE J. MONTOYA
U.S. Attorney's Office
bobbie.montoya@usdoj.gov
Attorney to be noticed

**ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: November 29, 2017

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation with ~~Proposed~~ order for Extension of 30 days.