1
Josephine M. Gerrard, CBN 303221
Gerrard Law Offices
2
1791 Solano Ave F1
3
Berkeley, CA 94707
Phone: (510) 838-0529
4
Fax: (510) 280-1635
jo@gerrardlawoffices.com
5
Attorney for the Plaintiff David Waltrip
6

7

8

9
**IN THE UNITED STATES DISTRICT COURT**
10
**EASTERN DISTRICT COURT**
11

12
| DAVID WALTRIP, | Case No.: 2:17-cv-01390-EFB |
| --- | --- |
13
| Plaintiff. | |
14
| vs. | |
15
| NANCY BERRYHILL, | STIPULATION AND PROPOSED ORDER FOR A FOURTEEN EXTENSION TO FILE PLAINTIFF'S REPLY BRIEF |
16
| Commissioner of Social Security | |
17
| Defendant | |

18

19
     The parties stipulate that, subject to the approval of the Court, that Plaintiff shall be
20
granted a fourteen-day extension from the current February 16, 2018 deadline to file Plaintiff's
21
22
Reply Brief to March 2, 2018. There is good cause for this extension because there is a conflict
23
in the records requires which further investigation in order to reply accurately to the
24
Commissioner's Motion for Summary Judgment.  My  legal assistant is  out of the country
25
returning next week and  I am unable to  shift the work load which has been exceptionally heavy
26
these last two weeks.
27

28

STIPULATION AND ~~PROPOSED~~ ORDER FOR A FOURTEEN DAY EXTENSION TO FILE PLAINTIFF'S
OPENING BRIEF - 1

1    Therefore, the parties jointly request an extension up to and including  March 2nd, 2018.

2    Respectfully submitted,

3    DATE: February 13, 2018                    Marcelo Illarmo

4

5                                               <u>Special Assistant United States</u>
                                                <u>Attorney</u>
6                                               (as authorized via email)

7                                               Attorney for Defendant

8

9    DATE:  February  13, 2018

10

11                                                 <u>/s/ Josephine M. Gerrard</u>
                                                   Josephine M. Gerrard
12
                                                   Attorney for Plaintiff
13

14

15                              **ORDER**

16
     Pursuant to stipulation, it is so ordered.
17
     DATED:  February 15, 2018.
18
                                               _____
19                                             EDMUND F. BRENNAN
                                               UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER FOR A FOURTEEN DAY EXTENSION TO FILE PLAINTIFF'S
OPENING BRIEF - 2